RECEIVED
Aug 21, 2008
AUG 21 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Byron Dishman

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

08CV4756
JUDGE CASTILLO
MAG.JUDGE KEYS

Richard A. Devine
City of Chicago
Richard J. Daley
Chicago Police Department
Phillip Cline
Baiff #20847
Michael Sheahan
Gaguravic
Joseph Claps
John Richter #20768
Ms. Mary Pat Devereaux
Area 1 District 2

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Byron Dishman

B. List all aliases: None

C. Prisoner identification number: 20060089574

D. Place of present confinement: Cook County Jail

E. Address: 2600 South California Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Richard A. Devine

Title: State's Attorney

Place of Employment: Cook County

B. Defendant: City of Chicago

Title: City of Chicago

Place of Employment: City of Chicago

C. Defendant: Richard J. Daley

Title: Mayor

Place of Employment: City of Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Chicago Police Department

    Title: Chicago Police

    Place of Employment: Chicago

E. Defendant: Phillip Cline

    Title: Superintendent

    Place of Employment: Chicago Police Department

F. Defendant: Reiff #20847

    Title: Detective

    Place of Employment: Chicago Police Department

G. Defendant: Michael Sheehan

    Title: Sheriff

    Place of Employment: Cook County

H. Defendant: Grgurovic

Title: Assistant States Attorney

Place of Employment: Cook County

I. Defendant: Joseph Claps

Title: Judge

Place of Employment: Cook County

J. Defendant: John Richter #20768

Title: Detective

Place of Employment: Chicago Police Department

K. Defendant: Ms. Mary Pat Devereaux

Title: Assistant States Attorney

Place of Employment: Cook County

L. Defendant: Area 1 District 2

Title: Chicago Police Station

Place of Employment: Chicago Police Department

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Byron Dishman v. John Todesco et. al. 1:08-cv-01882

B. Approximate date of filing lawsuit: January or February

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Byron Dishman

D. List all defendants: John Todesco

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Northern District of Illinois-CM/ECF Live, Ver 3.2.1. Eastern Division

F. Name of judge to whom case was assigned: Judge Joan H. Lefkow

G. Basic claim made: equal protection denial of medical attention, pain and suffering, irresponsible correctional officer, physical injury, negligence, compensatory damages, punitive damages

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still pending

I. Approximate date of disposition: 12/19/2008

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 19,2006 while walking up 54th and Michigan from hanging out with friends a guy ran pass me with a bag of money and a pistol in his hand the left hand helded a bag the right hand helded the pistol three minutes after the made his get away thorough a vicinity near 5430 South Michigan into a waiting car in the alley of Wabash and Michigan a guy came around the corner and side freeze or I'll shoot never stating he was a police officer so I tuned to run after ten to twenty feet I through the pistol thinking if he is a police officer he could kill me then fire a shoot from my gun and say I opened firered on him so he reacted after coming to a complete stop with my back to the officer I placed my hands on my head he then ran to me and placed his knee in my spine taken me to the ground with anger after placing me in handcuffs back up arrived the backup and transport officer walked me to the parking lot of McDonalds where employees were standing when we arrived at area 1 district 2 I was taking to a small room when a officer entered I asked what am I being charged with the officer stated Unlawful Use Of Weapon By A Felony Possession of Stolen Firearm, Resisting Arrest, Unlawful Use of A Weapon then the arresting officer come and side I fit the description of a suspect who just robbed McDonald's I side to myself don't worry cause McDonald's make more then thirteen hundred dollars and they also have camera so I laughed and Detective John Richter badge (#20768) said laugh now cry later and I said whatever I was then put in a line up on the other side of the glass I heard talking and it was no where near #1 step up turn left face forward turn right after the line up I was taken back to the room where I was handcuffed to a pole for hours then I was told I'm being charged with armed robbery Detective John Richter #20768 then stated I told you laugh now cry later and left the room that's when Detective Reiff #20847 came in the room and asked if I wanted to confess and I asked confess to Unlawful Use Of A Weapon I'm guilty Detective Reiff #20847 then kicked my chair and said mother-cker [crossed out] I'll be back he then showed up with Assistant States Attorney Gregurovic She said do you wanna make a statement I stated a statement for carrying a pistol I'm guilty now can I get my bond so I can bond out Gregurovic then left the room Detective Reiff #20847 begin to uncuff me and twisted my arm once the handle turned he quickly cuffed me back to the pole Gregurovic would exit the room as if she knew what was going to take place after the first time he

wouldn't uncuff me he'll just kick me in my shoulder twist my arm and punch me whatever would bring pain to make me confess after hours of torture I confessed because I didn't know the next move and I couldn't take no more pain. Detective John Richter #20847 never read my Miranda Rights. which violated my 5th and 4th amendments to the Constitution of the United States while in the small room torture took place and hours later I was taken to Provident Hospital for pain in my left shoulder so the statement was not made voluntarily knowingly and intelligently in violation of the 5th and 4th amendments to the Constitution which to violate my 5th and 14th amendments to the United States Constitution the statement was sought against my will, as a Result of torture from Detective Reiff #20847 Grgurovic would leave the room as if she knew what was going to happen but didn't wanna be a witness to my 4th 5th 6th 8th and 14th amendments to the Constitution of the States of Illinois being violated Lt. Jon Burge's started the torture back in 1984 against James Andrews making him confess to two murders at area 2 it's been going for a while area 1 district 2 is under federal investigation they make people confess to crimes they didn't do and know nothing about July 2006 Judge Thomas Sumner granted James Andrews a new trial cause he was convicted off a confession that he made under pressure now I sit here in cook county cause I was tortured to say I did something I know nothing about I suiting the City of chicago because they voted for Mayor Richard D. Daley Mayor Daley because he made a contact with Phillip Cline Superintendent Phillip Cline for hiring officers who violating the oath John Richter #20768 for violating my 5th and 4th amendments along with my 8th amendment Detective Reiff #20847 for violating my 5th 4th 6th 8th and 14th amendments Michael Sheahan for housing me without doing a investigation of his own States Attorney Richard A. Devine for hiring Assistant States Attorney Grgurovic and Assistant States Attorney Ms. Mary

Pat Davereux for trying to ~~get~~ convict me of a armed robbery off a confession I was torture to give area 1 district 2 cause the officers was from that area Judge Joseph Claps because I told him what happen and he stated he was going to call ~~them~~ the station and see what happen which he never did and I find that as giving fault ~~in~~formation and he also convicted my cousin Pierre Dishman ~~[illegible]~~ when I founded out it was to late to change Judges my ~~[illegible]~~ public defender Ms. Margaret H. Damin asked assistant states attorney Ms. Mary Pat Davereux for the tape of the Robbery She stated the tape been destroyed I say all this to say they basically trying to convict me off a statement I was torture to give a gun and money I had in my pocket

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Unequal Protection, Pain and suffering, an irresponsible police officer, physical injury, negligence compensatory damages, punitive damages, 4th, 5th, 6th, 8th and 14th amendments and my 1st amendment

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of August, 2008

Byron Dishman
(Signature of plaintiff or plaintiffs)

Byron Dishman
(Print name)

2006008957 4
(I.D. Number)

2600 South California
P.O. Box 089002
Chicago, IL 60608
(Address)

# Judge: Give inmate new hearing due to cop torture

BY ERIC HERMAN
Staff Reporter
eherman@suntimes.com

James Andrews allegedly told his mother, "I believe [police] would have killed me" if he had not confessed.

In the first example of a Cook County Criminal Court judge acknowledging torture at Area 2 police headquarters, Judge Thomas Sumner granted a man convicted of murder in 1984 a new hearing on whether his confession is admissible.

Sumner's ruling Tuesday raises the possibility that James Andrews, imprisoned since 1983, could get a new trial. The judge noted Andrews' convictions were based almost entirely on his alleged confession, taken at a time of "systematic abuse and torture at Area Two."

"It's tremendously significant," said Flint Taylor of the People's Law Office, who has represented alleged police brutality victims but doesn't represent Andrews.

In July 2006, a special prosecutor found torture had occurred under Chicago Police Lt. Jon Burge's command at Area 2.

Andrews says two Area 2 detectives, operating under Burge's supervision, chained him to a steel ring attached to a wall, punched him in the stomach and hit him with a flashlight. He then confessed to two murders.