# PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
Aug 21, 2008
AUG 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** BYRON DISHMAN

**Defendant(s):** RICHARD A DEVINE, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Byron Dishman
2006-0089574
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

**08CV4756**
**JUDGE CASTILLO**
**MAG. JUDGE KEYS**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** /s/  **Date:** 8/21/08